UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MON FRANCIS MENDOZA,

Plaintiff,

v.

GAINSBOROUGH STUDIOS, INC, and AKAM ASSOCIATES, INC.,

Defendants.

25-CV-8084 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 27, 2026, the Court referred this matter for mediation. A mediation conference was held on May 19, 2026. No later than September 2, 2026, the parties shall file a joint letter updating the Court as to the status of this case.

SO ORDERED.

Dated: August 26, 2026
New York, New York

Ronnie Abrams
United States District Judge