UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MON FRANCIS MENDOZA,

Plaintiff,

v.

GAINSBOROUGH STUDIOS, INC., AKAM ASSOCIATES, INC., and CARHART MANSION CONDOMINIUM,

Defendants.

25-CV-8084 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that mediation was unsuccessful. It is thus hereby ORDERED that, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Judge Aaron.

If all parties consent to proceed before Judge Aaron, they must, **within two weeks of the date of this Order**, submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf). If the Court approves that form, all further proceedings will then be conducted before Judge Aaron rather than before this Court. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered. An information sheet on proceedings before magistrate judges is also attached to this Order.

If any party does not consent to conducting all further proceedings before the Magistrate Judge, the parties must file a joint letter, **within two weeks of the date of this Order**, advising

the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**. At that time, the Court will then refer this case to Judge Aaron for general pretrial purposes. The parties are free to withhold consent to conducting all further proceedings before Judge Aaron without negative consequences.

The parties are reminded that, in most cases, settlements of claims under the FLSA must be approved by the Court. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

SO ORDERED.

Dated: October 6, 2026
New York, New York

Ronnie Abrams
United States District Judge